TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00425-CV

Gaines West, Trustee, Appellant

v.

Michael V. Baumer and Small, Craig & Werkenthin, P.C., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 97-07200, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 We dismiss this appeal for want of prosecution and failure to comply with a notice
from this Court's clerk's office.

 Gaines West filed his notice of appeal in this case on July 16, 1999. On September
29, 1999, the parties filed a joint motion to abate the appeal pending approval of a settlement and
compromise agreement in a bankruptcy proceeding. On October 14, 1999, appellant informed
this Court's clerk's office that the bankruptcy court approved the settlement agreement on October
12, 1999. He informed the clerk by telephone that some aspects of the settlement agreement
needed to be executed before the parties would move to dismiss this appeal. In the ensuing
months, the Court's clerk's office requested status reports by telephone on December 20, 1999,
and January 31, 2000. No reports were supplied.

 On February 11, 2000, this Court's clerk requested in writing a report on the status
of this appeal, warning that failure to provide the report could result in dismissal of this appeal. 
The deadline for the status report, February 28, 2000, has passed. No status report was filed.

 Accordingly, we dismiss all pending motions as moot, and dismiss this appeal for
want of prosecution and for failure to comply with a notice from the clerk requiring a response
within a specified time. See Tex. R. App. P. 42.3.

Before Justices Jones, Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: March 9, 2000

Do Not Publish